IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Fifth Third Bank, N.A., | : |
| Plaintiff, | : |
| | : Case Number: 1:23cv160 |
| vs. | : |
| | : Judge Susan J. Dlott |
| D. Dip Automotive Group LLC., | : |
| Defendant. | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Plaintiff's Motion for Default Judgment (Doc. 8) is GRANTED. Judgment is awarded in favor of Plaintiff Fifth Third Bank and against Defendant D. Dip Automotive Group in the amount of $127,772.92 plus post-judgment interest.

August 22, 2023                                                       RICH NAGEL, CLERK

                                                                                 S/William Miller
                                                                                 Deputy Clerk